Case 1:17-cv-03072-GPG Document 1 Filed 12/19/17 USDC Colorado Page 1 of 20

1 OF 18

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/19/2017
JEFFREY P. COLWELL, CLERK

Non-negotiable

TERRELL L. MEEKS
of the family Kissinger

United States District Court
Agent
statute merchant
District court clerk of the United States District Court
Div. N/A Floor ctrm N/A Verification of Proof
Agent
statute merchant
Jefferson county D/A's office in reference of
Jefferson county, Colorado
Golden, Co. 80401
Jefferson county 1st Judicial court system
District court Div 8 ctrm 4D

{Notice of conditional Acceptance}
{Notice to Agent is notice to principle}
{Notice to principle is notice to Agent}

P.D Reference #17CR014924
D.A's Reference #17CR3523 (Filing ID: 7A9DC60EEE4C3)

Dear sirs, I, TERRELL Lamont MEEKS, states the following Allegations In case #17CR014924, 17CR3523 to be true to the best of my knowledge and correct. This is A legal notice please Read it carefully as it means what it demands If you fail to comply with A answer to this notice. Then you will be deemed to be in Agreement to my fee schedule out lined below. (Do not Ignore it)!

This is in regards to your recent offer to contract stemming from events of complaint and information filed. Date Oct. 12-2017 2:47 pm Filing ID. 7A90C60EEE4C3 / Case # 17CR14924 17CR3523 Div C-8 Event ID: 000006 E-Filed: J

People of the State of Colorado
Complaint and Information # 7A90C0EEE4C3
Agency: Arvada Police Dept.

Arresting Agency: Arvada P.D. Case # 17-14924
Ticket/Summons Number(s): N/A
Arrest Warrent # Null/Void    Arrest # Invalid
Arrest Affidavit Insufficient on it's face in reference to contract stemming from the events of and or the Alleged crime, /Statutes/and or Information and Complaint Date: 10-4-17 is in regards of validity to the potential liability for 17CR14924 / 17CR3523. I am writing to find a peaceful remedy and wish to deal with this matter in hounor. I wish to verify that any outstanding obligations or debts in relation to the reference number if are in fact lawfully owed by me to "The People of the State of Colorado," The Jefferson County's DA's Office or any of it's Agents, Affilliates or it's princibles. I am more than happy to effect payment on any debts or obligations owed lawfully by me upon the condition that the following documentation is provided thus verifying the obligation: I also request that you substantiate your claims by forwarding the following documentation:

I. Proof that you still hold the original instrument of Indebtness, and proof of Lawfull Binding contract
II. Validation of the debt and proof that Jefferson County DA's Office "The People of the State of Colorado" (or any of it's Agents Affilliated Agents, Parent

companies, proxies, it's principle, ect.) That actually suffered a loss or gained an obligation. (copy of the actual accounting). III Proof of your claim in the form of a sworn Affidavit stating the probable cause for Arrest, Date and signatures by the Commanding Judge Magistrate of an original order, Registry of Action and of Valid Bill with the words "Bill"/"invoice" and "Value" on the face of it, complete with signature IV. Copies of any Bi-lateral or Trilateral contracts which create obligation on each party to produce Evidenced as such by signature binding the parties in terms of agreement, To include any and all delegated instruments of Novation, signed and sealed in a Tribute To Tripartite Contract.

V an Equitable Deed of assignment (Not a notice of assignment - Being of two very different legal documents) should be made available to validate your claims This should be executed as a deed, Granted by the Grantor or original Grantor/creditor and indorsed by Instrumatary Witnesses in solem form.

It may be wise to take note that the following are the terms of legal and lawful binding of contract; and of contracts

1. Full Disclosure
2. Equal Consideration
3. Lawful Terms and Conditions
4. Signatures of parties/meeting of the minds....

(corporations cannot sign Because they Have No Rights, or Mind to contract Do to Them being, as They are Legal Fictions)

VI. Verify Proof That The Trading With The Enemy act of 1917 50. U.S.C. Appendix Was Ever Repealed; and That it Does Not Define "Person" as "corperations operating With in The United States or The Jurisdiction There of...." also "Enemy" as any Entity. ect. Not a "citizen"

VII. Verify Proof That on March, 1933 President Franklin Deleno Roosevelt Did Not enact The New Deal...

VIII. Verify Proof That the Gold Fringe on The Flag Does Not Represent Commercial Jurisdiction

IX. Verify Proof That C.F.R. 27 Definitions Does Not Define all Crime as Commercial, or That Crime is Not Commercial.

X. Verify Proof That Title 4 of The L.R.S. is Not uniform commercial code

XI. Verify Proof That Courts of The United States are Not Limited Jurisdiction Courts.

4 of 18

XII. Verify Proof That Federal and State are Not Corporate, and Being) so are Not Foreign to our deJure Government

XIII. Verify Proof That There is No Difference Between "Persons"/"Artificial Persons" and "People"/"men"/"Woman" or "man" In The Language of Law.

XIV. Verify Proof That the Statutes, In case # 17CR14924/17CR3523 are Not Private Copy Right Statutes

XV. Verify Proof That state courts Do Not Fly The master Federal Flag as Warning to All; maritime, Jurisdictional, civil Law Will Despense "Proceedual" due process to any who Enter by contract or "Tacit" Compliance

XVI. Verify Proof That The Flag of Article II Admiralty is Not Proof of Third Party Department of Justice Executive, using Article I Legislature To Dispence Law merchant Procedure to sell The For Profit copyright statute.

XVII. Verify Proof That as a course of Normal Buisness Colorado state District & municipality Courts do Not Fail to Prove Their Required Jurisdictions on The Record.

5 of 18

XVIII. Verify proof That Jefferson County 1st Judicial Div. G Ctrm 8 mark marrow Randall Bar # 017956

Verify Proof Div-8 ctrm. 4-0-HADV Judge Margie L Enquist Bar # 027269 Verify Proof of Verification of Appointed Authorization of Counsel to conduct HADV 10-10-17 Event I.D. # 00005 E-Filed: N (Bar # court division H.A.V.D. Room # unknown) as of minute orders provided by court clerk Div-8 court clerk of ctrm, 4D

Verify Proof 10-12-17 Complaint/ Event I.D.: unknown - Filed: N/A PPL/ The People of The State of Colorado Complaint and Information # 7A90C60EE4C3 Do to some papers and effects and or not being provided the proper information and or the ability to obtain the the legal documentation for the values of the courts for Administrative procedures for proof of verification of Jurisdictional Authority over myself and or ones, self.

IXX Verify Proof That A state court using (FRCP) are Not of the Penumbra Doctrine

6 OF 18

XX. Verify proof that as a Normal course of Buissness, The Agent/Prosecutors/State merchants. of The Jefferson County DA's office and the "officers of the court" at The Jefferson County 1st Judicial District Do Not Fail to Fully Disclose Their misrepresentation, ommision, concealment, secrecy and are Not of collusion, Fraud in the Inducement and conspiracy with the Instruments they are therefore presenting Citizens

XXI Verify proof that the united states of America U.S.A., united states, ect. is Not a corperation

XXII. Verify proof that I myself am an "Enemy" "Combatant" OR an Enemy corperation

XXIII Verify Proof that citizens are Not treated as enemy combatants under the War Powers act, as Beligerants Before The courts

XXIV. Proof of Verifacation that we are Not under a current state of emergency signed by the commander and Chief of the united states/ President Trump

XXX. Verify proof that when the president/commander and chief issues a national emergency the jurisdiction in the united states does **Not** change from it's current jurisdiction to that of martial law, or martial law rule

XXVI. Proof of verification that martial law and martial law rule jurisdiction are not represented by a red fringe on a military issue and regulation size and dimensions issued flag to be flown in the courts. And that these jurisdictions will be by civilian by the presense of military in the streets and military tribunals in state courts enforcing law and administering justice.

XXVII. Proof of verification that CASE # ___ (your reference numbers) at any time has appeared before a court operating under the proper jurisdiction with a red fringe flag, a M.P. (military police) as bailiff, and that I, myself TERRELL. MEEKS of the family Kissinger appeared before such court in military dress, and presented before a military tribunal

XXVIII. Verify Proof that "Lawful money" of the U.S. ("Lawfull constitutional money" is Germaine to the Relief Sought

IXXX. Verify Proof that there is a Such thing as a "Jail sentence", "Probation", "Prison Term", ect. and not merely and obligation.

XXX Verify Proof that a combination of Registrations of Live Birth, Documention Bank Notes Paper with Name in all caps, a TIN or SSN and the Bond/Birth Bond in association with the two former Does Not create a Legal Fiction

XXXI Verify Proof that the word "Person" In the wording of the 14th Ammendment is the Same as "Citizen" man or People as stated in the wording of the 4th and or 5th Ammendment Lol.

XXXII Verify Proof that A Foreign entity such as the one you are an Agent of, Does Not Violate International Laws of commerce and the International Laws of Sovereignty act. By Forcing itself, it's policy, Terms and obligations, upon unconsenting, seperate entitys, such as contracts By Force, through

Intimidation Tactics, Hardship or confinement for Due Profit Before Lawfull conviction, (Therfore violating members of This countrys "Rights" and or constitutional Rights) ect.

---

XXXIII. Verify proof That I Dont Have The Right To go Into Honour and Discharge any obligations under H.J.R. 192 & Public Law 10 (Ten)

---

XXXIV. Verify Proof of Claim in The Form of Evidence, or collected Evidence Exist. And That It Has gone Through The proper chain of command / chain of custody The proper chain of Evidence That make up The statutes IN CASE #

---

XXXV Verify Proof That The court officers Rule 12(6) "Failure To state a Claim upon wich Relief can be granted is Not Fatal.

XXXVI. Verify Proof of Verification of negotiability Exist between THE Defendant And THE People of THE State of colorado

XXXVII. Verify Proof THat "Slavery" is Legal or THat it was Not obolished By THe 13TH Amendment

XXXXIII. You are Also To Therefor Verify Proof THat you Have Not witnessed in my writing LS Signature the words "Without" "Prejudice" and "U.C.C. 1-306" and that this was Not Remedy. Because THe "representation" In-Personam Reveals THe Discovery THat No Rights Were thereby waived at the bill of Rights, and U.C.C. 1-103.6 Is equalizer via equity and Notice, THat THE Code Must be Read in Harmony With THe common Law at the Co. Code

IXL. Verify Proof THat Reservation of my Rights Does Not serve as a bar to All others At "obligation of Contract". THat a "Condition" is prima Face and wanting upon the unit and is utterly Void at Law

XL. Verify Proof THat the trading With the enemy act in accordance With the acts of Pres. Franklin Delene Roosevelt's New Deal and the amending of Language of the 14TH Ammendment compiled upon force Contract, Were None studie, acknowlege

agreed and signed under peace time conditions leading to forced hardships were all gain and the life of the one forced without consent when He/She Propria Personam at the bill of Rights/ common Law, Restricted of libertys ext. is Not "Slavery" (see Blacks Law 9TH Edition)

---

XLI. Proof that arrest is not presumed to be false under Article III due process

---

XLII. Verify proof that on march 9TH 1933 F.D.R. did not enact the U.S. Bankruptcy making the U.S. a Defacto Bankrupt status corperation

- Should you Not Be in Reciept of any of the aforementioned Documents if so Then you are a Party to A Fraudulant act and I Therfore reserve the Right To seek full recourse Through the courts of law it is also my understanding That the charging documents Are Infact Instruments of liability and are Infact an offer to contract/ offer to enter into wich I have a lawful right to decline, as as a contract can Not be enforced under protest and Duress and against my will

I TERRELL L. MEEKS Demand that all the above conditions be met and presented formal sworn under oath or attestation under penalty of perjury and upon your full commercial liability, upon compleation of the above I will not accept your liability, furthermore and enter contract upon a meeting of the minds and or any of NAYS of Jefferson county 1st Judicial Court Systems Lawful Terms know matter how serious the alleged and constructive crime of plaintiffs claim of second Degree Assault I will therfore give you 14 Days to respond to Affidavit of proof of verification to the facts in said "Affidavit & complaint". To verify proof. If I do not receive such a response confirming proof to verify all above an forementioned Criterias in this following information and Affidavite of Verification within 14 Days of the date of this letter and Notary Public It will be Deemed a Tacit Agreement by your aquiscence and an Agreement by your Silence (as a maxim of Law) that any and all Documents/Instruments

Claims, charges, Liabilities, and obligations are Null and Void, Nonexistent, and (1) you Agree to close this case in its entirty and (2) permenent Lawful Estoppel will Have been gained

Failure to provide valid proof of claim in this Affidavit in it's Totality/ Full Totality for the Resonably Requested, specific Items for this <u>Affidavit of verification</u> will comprise the Tacit procuration of the people of the State of colorado Jefferson county D/A's office"/Agents / its princible's, ect. Agreement to the Following Terms and conditions;

1. The Jefferson County D/A's office is a Third party <s>Interloper</s> with No First Hand knowlenge of the Facts of the matter

2. The Jefferson county D/A's office" it's princible and or any of it's Affilliated Agents, parent companies, proxies, ect.) Does Not Have the Legal Right or <u>Lawfull Authority</u> to Attempt to <u>ENForce</u> Any contract, Liability, obligations, or any claims <u>Valid</u> or <u>Invalid</u>

3. "_____ County D/A's Office" Will **Without** Haste, move to Dismiss the commercial action IN THE Affadavit of Verification IN concern to the Reference #17CR3523 The Arressting Agency; 17CR14924 as well as in Reference to the District Attorney Office Filing ID # 7A9DC60EEE4C3 ~~in Reference~~ )(4). The People of the State of Colorado (or It's Principle, any of It's Affilliated Agents, Parent Companys, Proxies, ect.) Has **No** Authority Lawfully of otherwise **Not** the Legal Right to sell the Alleged liability, obligation, Meeks Bond, Performance Bond, Bid Bond of any equitable Instruments, for Collateral, ect., Pass it back to it's Clients/principle ect. and/or Appoint an Agent of counsel in Case #17CR14924/17CR3523 and/or to act on my Behalf and or It's Behalf in this Subject matter D/A's Filing ID # 7A9DC60EEE4C3

5. "_____ County D/A's Office" "The People of the State of Colorado" (or it's Principle, any of it's Affilliated agents, Parent companies, ect.) Has No Authority to Adversely affect the Credit Rating of (Terrell L. Meeks) of the Family Kissinger and ~~that~~, any and all Negitive Credit Remarks made to any credit to Reference of Agency Will Be Removed

15 of 18

## Cease and Desist

I've Respectfully made a Valid Request That all further communications be made In writing as well as to verify you are Hearby served Notice as of 19th Dec N/A-17 under The protection From Harassment act 1997 to cease and Desist any further contact with defendant IN Propria personam in The case #17CR14924 17CR3523 and or Furthermore you are to cease ORDER as in The Contact of The Allegedly pending, Criminal Charges defendant TERRELL L. MEEKS any persons Associated with TERRELL L. MEEKS and or The Authorized Agents and Representatives, In Regards to The Merits in concern To The case #17CR14924 Filing ID# 7A9DC60EEE4C3

Any Further unauthorized communication (Text, Calls, Door step visits) From The 1st Judicial Deputy District Att office (or it's principle, any of It's Affiliates agents, parent companies, Proxies, ect.) To my known places of Residence Answered or Not Will Incur Administration Fees as outlined Below.

Should you fail to <u>verify</u> to comply with this notice I will Report you. Both Trading Standards and the Financial, and the Financial Conduct Authority further note that any continued contact after the receipt of my Request and Affidavit of proof of verification may constitute a criminal offense under section 127 of the Communication Act of 2003

Any INVALID claims against Ferrell L. Meeks and or Attempting to contact the authorized representitive by mail mobile phone and/or telephone will constitute the Agreement of Jefferson County D/A's office and therefore meet the Demands and merits of the following fee schedule:

1. £1000 (one thousand pounds sterling) or equivalent per INVALID claim

2. £45.00 (Forty Five pounds sterling) or equivalent per Letter or Notice sent by mail or otherwise Nune Pro Tunc

3. £11.000 (eleven thousand pounds sterling) or equivalent per hour or portion there of, of the Authorized representitives time Nune Pro Tunc

17 of 18

Fee Schedule continuance;

Yours sincerly
By Terrell Meeks

TERREH L. MEEKS
Authorized Representitive
and Agent For
Terrell L Meeks

<u>4</u> £ 50.00 (Fifty pounds sterling) or equivelant per Attempt to contact by Telephone and/or mobile phone Nune Pro Tune

<u>5</u> £ 150.00 (one Hundred and Fifty pounds sterling or equivelant por unauthorized Door step visit Nune Pro Tune

All Fees to the Affidavit of Verification To Defendants Formal Decleration made in the Presence of an authorized officer Verify To prove to be True IN Case # 17-14924/17CR3523

All Fees Are Payable In Twenty one calender Days of the Date of Invoice is received as of Proof of Evidence by Recorded date of Delivery and or Tracking Number Without Malice OR Mischief In Sincerity and Honour

Terrell J Meeks Authorized
Representitive & Agent
For TERRELL L MEEKS

# CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Affidavit for Verification of Proof For Criminaly alledged Charges was transmitted to the following interested parties on the ~~12~~ 15TH day of ~~15TH~~ , 2017 , by placing the same with the Jefferson County Sheriff's Office Detention Facility staff, postage pre-paid, and addressed as follows: Sense 1st Judicial District Court of Detained County Won't aDDress any of my motions Being "iNPropria Personam, Jefferson County Has yet To Respond ~~to~~ Numerous motions in Reference to The Following Case# In AFFaDaVits For Proof of Verification

United State District Court 901 19TH St Room A-105 Denver Co, 80294

Holding me on A INVALID Warrant Null/Void Insufficient on It's Face

By: _Terrell F Meeks_
(Signature)

TERREll L. MEEKS
(Print)

Date: _____

Form #31   (This form <u>does not require notorization</u>)

Fee schedule countinuance:

Yours sincerly
By *Terrell L Meeks*

TERRELL L. MEEKS
Authorized Representitive
and Agent For
*Terrell L Meeks*

**4** £ 50.00 (Fifty Pounds Sterling) or equirelant per Attempt to contact by Telephone and/or Mobile Phone Nunc Pro Tunc

**5** £ 150.00 (one Hundred and Fifty Pounds sterling or equirelant per unauthorized Door step visit Nunc Pro Tunc

All Fees to the Affidavit of Verification To Defendants Formal Decleration made in The Presence of an authorized officer Verify To prove to be True IN Case # 17-14924   17CR 3523

All fees Are Payable In Twenty one Calender Days of The Date of Invoice is Received as of Proof of Evidence By Recorded Date of Delivery and or Tracking Number without Malice or Mischief In Sincerity and Honour

*Terrell L Meeks* Authorized Representitive & Agent For T. L. MEEKS

Subscribed and sworn to me before me in the County Jefferson
State of Colorado, this 6th day of month December 2017
Notary Public
My commission expires: 8/8/21

DANIEL HOMEIJER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134050069
MY COMMISSION EXPIRES AUGUST 8, 2021